IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAN HESSLER and
HALLEIGH HALL,
Individually and as Special
Administrators of the Estate of
Brandon Lee Hessler,

                ORDER

      Plaintiffs,

                08-cv-166-bbc

  v.

COUNTY OF ST. CROIX, LACY
MAYAVSKI, MICHAEL WELCH,
DANA JUAIRE, DAVID DYKES,
TAMARA MARK, JAMES WILDMAN,
RAQUEL STOCKEY, ROBERT
LARSON, MARK MIKLA, KRIS
ANDERSON, DENNIS HILLSTEAD,
and HEALTH PROFESSIONALS, LTD.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  A scheduling hearing was held in this case by telephone on March 20, 2009, before United States District Judge Barbara B. Crabb. Tracy Tool appeared on behalf of plaintiffs. Raymond Pollen and Amy J. Doyle appeared on behalf of the county and the county defendants. LouAnn C. Lawton appeared for defendant Health Professionals, Ltd.

1

The purpose of the conference was to set a date for an evidentiary hearing on the spoliation issue. Counsel agreed that they would be available for such a hearing on Thursday, April 9, 2009, at 9:00 a.m. The hearing will involve live witnesses and the issue will be whether the videotape was destroyed intentionally or negligently without any intent to keep it from plaintiffs. There is no need for Health Professionals, Ltd., to participate in the hearing because it has no stake in the outcome of the decision.

Entered this 20th day of March, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2